In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-356 CR


____________________



JASON RAY TUBBS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 163rd District Court


Orange County, Texas


Trial Cause No. B-050107-R






 MEMORANDUM OPINION 



 Jason Ray Tubbs entered a non-negotiated guilty plea to an indictment for the state
jail felony offense of evading arrest. See Tex. Pen. Code Ann. § 38.04(a),(b)(1) (Vernon
2003). The trial court convicted Tubbs and sentenced him to two years of confinement in
a state jail facility. The trial court certified that this is not a plea-bargain case and that the
defendant has the right of appeal. See Tex. R. App. P. 25.2(d).

 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High
v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On June 8, 2006, Tubbs was given an
extension of time in which to file a pro se brief. We received no response from the appellant. 
 As there was no plea bargain agreement, we have jurisdiction over the appeal. Jack
v. State, 871 S.W.2d 741 (Tex. Crim. App. 1994). The required admonishments appear in
the record. See Tex. Code Crim. Proc. Ann. art. 26.13 (Vernon Supp. 2006). Tubbs signed
a judicial confession. He has not contested the voluntariness of his guilty plea. 

 We have reviewed the clerk's and the reporter's records, and find no arguable error
requiring us to order appointment of new counsel. Stafford v. State, 813 S.W.2d 503, 511
(Tex. Crim. App. 1991). The trial court's judgment is affirmed. (1) 

 AFFIRMED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice

 

Submitted on September 26, 2006

Opinion Delivered October 4, 2006

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in the case by filing a petition for discretionary
review. See Tex. R. App. P. 68.